IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Crim. Action No. 06-88M-MPT |
| ANTHONY MARK BRISCOE, | : | |
| Defendant. | : | |

### SUBSTITUTION OF COUNSEL

Please withdraw the appearance of First Assistant United States Attorney Richard G. Andrews and enter the appearance of Assistant United States Attorney Ilana Eisenstein as counsel of record for the government in the above-captioned case.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney

By:  /s/ Ilana H. Eisenstein
    Ilana H. Eisenstein
    Assistant United States Attorney

Dated: July 25, 2006





IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Crim. Action No. 06-85M |
| SERGIO ALEJANDRO ARREOLA-MOLINA, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on July 25, 2006, I electronically filed:

## SUBSTITUTION OF COUNSEL

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Penny Marshall, Esquire
Federal Public Defender
704 King Street
First Federal Plaza, Suite 110
Wilmington, DE 19801

/s/ Jennifer Brown
Jennifer Brown