

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Criminal Action No. 06- 83 |
| ) | |
| ANTHONY MARK BRISCOE, ) | |
| ) | |
| Defendant. ) | |

FILED AUG - 1 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### Count I

On or about July 20, 2006, in the State and District of Delaware, ANTHONY MARK BRISCOE, defendant herein, did knowingly possess with the intent to distribute more than 50 grams of a mixture and substance containing a detectable amount of cocaine base, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

### Count II

On or about April 14, 2006, in the State and District of Delaware, ANTHONY MARK BRISCOE, defendant herein, did distribute more than 5 grams of a mixture and substance containing a detectable amount of cocaine base, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

## Count III

On or about March 20, 2006, in the State and District of Delaware, ANTHONY MARK BRISCOE, defendant herein, did distribute more than 5 grams of a mixture and substance containing a detectable amount of cocaine base, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: 08/01/06