IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-83 |
| ANTHONY M. BRISCOE, | : | |
| Defendant. | : | |

**MOTION FOR PRE-TRIAL RELEASE**

**COMES NOW,** Defendant Anthony M. Briscoe by and through his attorney, John S. Malik, and respectfully requests that this Honorable Court grant Defendant Briscoe Pre-Trial Release subject to conditions based upon the following grounds:

1. Defendant Anthony M. Briscoe has been held in federal custody on charges of Possession with Intent to Distribute more than 50 Grams of Cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), and two counts of Distribution of more than 5 Grams of Cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A) since July 20, 2006.

2. On or about July 21, 2006, the government moved for pretrial detention of Defendant Briscoe. The government asserted that Defendant Briscoe had committed a drug offense that was punishable by in excess of ten years of incarceration pursuant to 18 U.S.C. § 3142(e) and (f); that Defendant Briscoe was a risk of flight pursuant to 18 U.S.C. § 3142(f)(2)(A); and, that Defendant Briscoe presented a danger to the safety of the community.

3. Defendant Briscoe asserts that there is more than sufficient evidence to establish that a combination of conditions will assure his appearance at subsequent court dates and ensure the safety of the community.

4. Specifically, Defendant Briscoe requests that the Court consider the following:

    a. That Defendant Briscoe lives with his long time girlfriend, Natasha Wilford in Chester, Pennsylvania and that Defendant Briscoe has substantial ties to his community. See 18 U.S.C. § 3142(g)(3)(A). Attached hereto as Exhibit "A" are letters of recommendation and character reference regarding Defendant Briscoe that have been provided by the following individuals:

- Ju'Keyvas Briscoe – 10 year old Nephew
- Raymond Briscoe – Nephew
- Robyn Briscoe – Older Sister
- Natasha Wilford – Girlfriend

    b. That if granted pretrial release, Defendant Briscoe will reside with his girl friend, Natasha Wilford, at 1364 Powell Road, Chester, Pennsylvania 19013. See 18 U.S.C. § 3142(g)(3)(A).

    c. That Defendant Briscoe's girlfriend, Natasha Wilford is 9 months pregnant with Defendant Briscoe's first child. Ms. Wilford has been ordered by her doctor to remain at home pending childbirth that could occur at any moment. See 18 U.S.C. § 3142(g)(3)(A). Attached hereto as Exhibit "B" is a disability certificate from Ms. Wilford's physician, Sueny M. Seeney, M.D.

   d. That Defendant Briscoe's release would present no potential harm to the community into which he is released.  It is not alleged that Defendant Briscoe was engaged in potentially violent behavior and he was not in possession of or own any firearm or other deadly weapon.

  5. Defendant Briscoe asserts that there are numerous conditions that this Court may impose that will negate any risk of flight and ensure the safety of the community.

  6. Specifically, Defendant Briscoe offers the following as a non-exclusive list of conditions to which his pretrial release may be subject:

   a. That Defendant Briscoe be subject to house arrest and be subject to electronic monitoring via an ankle bracelet.  See 18 U.S.C. § 3142(c)(1)(B)(i).

   b. That Defendant Briscoe remain in third party custody of his girlfriend and soon-to-be mother of his child, Natasha Wilford.  See 18 U.S.C. § 3142(c)(1)(B)(i).

   c. That Defendant Briscoe maintain employment.  See 18 U.S.C. § 3142(c)(1)(B)(ii).

   d. That Defendant Briscoe be required to report on a regular basis to the Office of Pretrial Services of the United States Probation Office for the District of Delaware or the Eastern District of Pennsylvania.  See 18 U.S.C. § 3142(c)(1)(B)(vi).

   e. That Defendant Briscoe only be permitted to leave his residence for meetings with his attorney, a pretrial Services Officer, or for employment.  See 18 U.S.C. § 3142(c)(1)(B)(iv).

  f. That Defendant Briscoe be required to comply with any curfew imposed by the Court. See 18 U.S.C. § 3142(c)(1)(B)(viii).

  g. That Defendant Briscoe refrain from the use of alcohol and/or any controlled substance not prescribed by a licensed medical practitioner. See 18 U.S.C. § 3142(c)(1)(B)(xi).

  h. That Defendant Briscoe refrain from possessing any firearms or dangerous weapons. See 18 U.S.C. § 3142(c)(1)(B)(viii).

  i. That Defendant Briscoe be required to post secured bond in the amount of Ten thousand dollars ($10,000.00) through a licensed bail bondsman, See 18 U.S.C. 3142(c)(1)(B)(xi).

7. Defendant Briscoe submits that he would strictly abide by and follow any and all conditions that this Court may impose as a condition of his pretrial release.

**WHEREFORE,** Defendant Briscoe respectfully requests that this Honorable Court enter an Order granting his pretrial release subject to the conditions listed above.

       Respectfully submitted,

       /s/ John S. Malik
       JOHN S. MALIK
       100 East 14th Street
       Wilmington, Delaware 19801
       (302) 427-2247
       Attorney for Defendant,
       Anthony M. Briscoe

Dated: August 14, 2006

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-83 |
| ANTHONY M. BRISCOE, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW, TO WIT,** this ____ day of August, A.D., 2006, Defendant Anthony M. Briscoe's Motion for Pretrial Release having been duly heard and considered,

**IT IS SO ORDERED:**

That Defendant Anthony M. Briscoe is hereby placed on pretrial release subject to the following conditions:

    a.    That Defendant Briscoe be subject to house arrest and electronic monitoring via an ankle bracelet.

    b.    That Defendant Briscoe be required to report on a regular basis to the Office of Pretrial Services of the United States Probation Office for the District of Delaware in Wilmington.

    c.    That Defendant only be permitted to leave his residence for meetings with his attorney, a pretrial Services Officer, or for employment purposes.

    d.    That Defendant be required to post a secure bond in the amount of $_____.

_____
THE HONORABLE MARY PAT THYNGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-83 |
| ANTHONY M. BRISCOE, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, John S. Malik, hereby certify that on this 15th day of August, A.D., 2006 I have caused to be delivered two (2) copies of Defendant Anthony M. Briscoe's Motion for Pretrial Release to be served electronically to the following individual at the following address:

> Richard G. Andrews, Esquire
> Assistant United States Attorney
> United States Attorney's Office
> Nemours Building
> 1007 Orange Street, Suite 700
> Wilmington, Delaware 19801

> /s/ John S. Malik
> JOHN S. MALIK
> 100 East 14th Street
> Wilmington, Delaware 19801
> (302) 427-2247
> Attorney for Defendant,
> Anthony M. Briscoe