IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-83 |
| | : | |
| ANTHONY M. BRISCOE, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR PRE-TRIAL RELEASE

**COMES NOW,** Defendant Anthony M. Briscoe by and through his attorney, John S. Malik, and respectfully requests that this Honorable Court grant Defendant Briscoe Pre-Trial Release subject to conditions based upon the following grounds:

1. Defendant Anthony M. Briscoe has been held in federal custody on charges of Possession with Intent to Distribute more than 50 Grams of Cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), and two counts of Distribution of more than 5 Grams of Cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A) since July 20, 2006.

2. On or about July 21, 2006, the government moved for pretrial detention of Defendant Briscoe. The government asserted that Defendant Briscoe had committed a drug offense that was punishable by in excess of ten years of incarceration pursuant to 18 U.S.C. § 3142(e) and (f); that Defendant Briscoe was a risk of flight pursuant to 18 U.S.C. § 3142(f)(2)(A); and, that Defendant Briscoe presented a danger to the safety of the community.

FILED
AUG 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. Defendant Briscoe asserts that there is more than sufficient evidence to establish that a combination of conditions will assure his appearance at subsequent court dates and ensure the safety of the community.

4. Specifically, Defendant Briscoe requests that the Court consider the following:

    a. That Defendant Briscoe lives with his long time girlfriend, Natasha Wilford in Chester, Pennsylvania and that Defendant Briscoe has substantial ties to his community. See 18 U.S.C. § 3142(g)(3)(A). Attached hereto as Exhibit "A" are letters of recommendation and character reference regarding Defendant Briscoe that have been provided by the following individuals:

- Ju'Keyvas Briscoe – 10 year old Nephew
- Raymond Briscoe – Nephew
- Robyn Briscoe – Older Sister
- Natasha Wilford – Girlfriend

    b. That if granted pretrial release, Defendant Briscoe will reside with his girl friend, Natasha Wilford, at 1364 Powell Road, Chester, Pennsylvania 19013. See 18 U.S.C. § 3142(g)(3)(A).

    c. That Defendant Briscoe's girlfriend, Natasha Wilford is 9 months pregnant with Defendant Briscoe's first child. Ms. Wilford has been ordered by her doctor to remain at home pending childbirth that could occur at any moment. See 18 U.S.C. § 3142(g)(3)(A). Attached hereto as Exhibit "B" is a disability certificate from Ms. Wilford's physician, Sueny M. Seeney, M.D.

   d. That Defendant Briscoe's release would present no potential harm to the community into which he is released. It is not alleged that Defendant Briscoe was engaged in potentially violent behavior and he was not in possession of or own any firearm or other deadly weapon.

  5. Defendant Briscoe asserts that there are numerous conditions that this Court may impose that will negate any risk of flight and ensure the safety of the community.

  6. Specifically, Defendant Briscoe offers the following as a non-exclusive list of conditions to which his pretrial release may be subject:

   a. That Defendant Briscoe be subject to house arrest and be subject to electronic monitoring via an ankle bracelet. See 18 U.S.C. § 3142(c)(1)(B)(i).

   b. That Defendant Briscoe remain in third party custody of his girlfriend and soon-to-be mother of his child, Natasha Wilford. See 18 U.S.C. § 3142(c)(1)(B)(i).

   c. That Defendant Briscoe maintain employment. See 18 U.S.C. § 3142(c)(1)(B)(ii).

   d. That Defendant Briscoe be required to report on a regular basis to the Office of Pretrial Services of the United States Probation Office for the District of Delaware or the Eastern District of Pennsylvania. See 18 U.S.C. § 3142(c)(1)(B)(vi).

   e. That Defendant Briscoe only be permitted to leave his residence for meetings with his attorney, a pretrial Services Officer, or for employment. See 18 U.S.C. § 3142(c)(1)(B)(iv).

  f. That Defendant Briscoe be required to comply with any curfew imposed by the Court. See 18 U.S.C. § 3142(c)(1)(B)(viii).

  g. That Defendant Briscoe refrain from the use of alcohol and/or any controlled substance not prescribed by a licensed medical practitioner. See 18 U.S.C. § 3142(c)(1)(B)(xi).

  h. That Defendant Briscoe refrain from possessing any firearms or dangerous weapons. See 18 U.S.C. § 3142(c)(1)(B)(viii).

  i. That Defendant Briscoe be required to post secured bond in the amount of Ten thousand dollars ($10,000.00) through a licensed bail bondsman, See 18 U.S.C. 3142(c)(1)(B)(xi).

  7. Defendant Briscoe submits that he would strictly abide by and follow any and all conditions that this Court may impose as a condition of his pretrial release.

**WHEREFORE,** Defendant Briscoe respectfully requests that this Honorable Court enter an Order granting his pretrial release subject to the conditions listed above.

          Respectfully submitted,

          /s/ John S. Malik
          JOHN S. MALIK
          100 East 14th Street
          Wilmington, Delaware 19801
          (302) 427-2247
           Attorney for Defendant,
           Anthony M. Briscoe

Dated: August 14, 2006

8/8/06

My name is Ji'Keyras I am 10 years old.
and Antony is my only uncle.
I miss him and love him He is
like a father to me. He has alway
Been there for me and I need him
in my life.
He alway helped me with my Homework
& projects and spend lots time
went to church with me.
And taught me how to read.
I always Keep him in my
heart.
And God Bless.

Love Ji'Keyras Briscoe

8/8/06

To whom this my concern. I'm the nephew of Anthony Briscoe my name is Raymond my uncle is a very positive person he help all types of people. He helped me when I needed a job at Star Building cleaning services and he helped me with my daughter Rayonna and my step daughter Emonne. He always gave positive thoughts and living in todays life and how to survive as a man. He always told me to keep my head up and be a man in my home and to take care of my family and keep God first obey my parents. I will miss my uncle dearly please a loud him freedom so he can come home to better his self I know he make a mistake, but God can erase all sitctions

God Bless you

Raymond Briscoe

To whom it May Concern,

My named is Robyn Briscoe I'm the oldest sibling of Anthony Briscoe whom lives in Brookhaven, PA I'm also his Youth Pastor at Zion Baptist Church in Chester PA. Anthony has been very pleasant, postive and intelligent person, He has grown in many ways his also been mentor for different children in our Community, Anthony has been training to be a Deacon at the Church. He is also a great Uncle, (father type) to my 3 Children and grand-children Anthony will be celebrating his 1st child any day now, Anthony has a very caring family who loves him, Anthony works hard to please people by helping them around there cars, home, Community, Church etc —

Anthony lost his mother in 2004 where he found her in the bathroom (Dead) he and our mother was very =(Tight like glue) Anthony

feels so dispressed at times because he always say his best friend left him behind. Anthony is a very excellent brother to my sister who's 21 old and myself his our only brother and best friend Anthony been taking care of my sister and blessing me everyday. I truely don't know what will happen to my children because he was there everything He helped my son learn to read and teach my daughter about responabities of being a women and parent. And my oldest son who's 21 years old with a job and being a black strong man living in today's world in a postive way. I don't know the situation that happened to Anthony but if you consired giving him a chance. I promise (honest) I will make sure he'll do the right thing, Also Anthony is going to become a father for the first time in life and his son will need him in his life for growth, Spiritually, Postively responabilities

Thank You for taking your time out to read the expression of my heart.

GOD Bless

Robyn Briscoe
8/9/06

To Whom It May Concern,

Hi! My name is Nateshia and I am writing today on behalf of Anthony Briscoe. I would like to tell you about the man that I know.

I met Anthony Briscoe 13 years ago and have been with him ever sense. When I met Anthony I already had a 3 year old son and a lot of family problems. At the time Anthony was only 19 years old and he took my son Brandyn in as if he was his own. We have had our up and down like everybody else relationships. But with the well of god we got passed all the bad times. Anthony has one of the biggest heart that I have ever known. I thank god for him sending Anthony into my life when he did. Anthony is part of the reasons why I am the

woman who I am today. Whatever I want to do is my life. Anthony has always been right beside me to hold my hand. When I had nowhere to live and no family to turn to Anthony was always there to make sure I wasn't had a roof. He tried his best and he is still trying his best. His smile just brings joy to your heart when you meet the true Anthony. He love to be around his family, cause family is very important to him. So every weekend he would plan things for all of us to do. But most important thing to Anthony is the gift that god had finally given us. That's our son who is due any day. I pray to god that he can be there, cause I am scared. He is my best friend and only friend and I wouldn't change it for the world.

All he thinks about is his son being born. I know he is worried cause now he is on Blood Pressure Medication.

Anthony and got saved last year together. So the Pastor of our church baptized us together. That was the best day in Anthony's life. I have been there for Anthony cause he lost him mother 2 1/2 years ago and that was the true love of his life. So when his mother passed away he became the glue to his family. Anthony had to take the role as dad for his younger sister, who now lives with his older sister. Mark just finish school for Computer Network at the Cittone Ins. in Media, Pa. He work at and still work for Star Building cleaning. Cleaning at night off As tra Zenica up 202. He also works for the Port of Wilmington when

work available. He has tried. But the devil always come to you with a million faces. This is a test from god and a lesson to be learnt for Anthony. Anthony has mentor alot of young men in Delaware and in Chester. He has mentor young men in my church. Teaching how the world is and how to stay away from the street. He is also study in to become a Deacon at our Church under Bro. Benjamin Caldwell. Anthony is a good person. That why I can't understand why in the world this has happen. I don't know what wrong road has brought him to this. But I know this is not from him. If you was to let Anthony come home on bail. You would have to worry about him at all. cause he is scared. There it all in his voice when he calls

home.

If you have a heart can you please meet Anthony and just judge for yourself. This has sent me to the hospital three times. I was rushed to the hospital yesterday. Now I am on bed rest, cause our son head is right there. I just want Anthony to see his only child born, cause this is what he lives for. He is a good father, cause he is a father to my son. What ever goes on with my son in school, Anthony is always there before I get there. He is well known in the school cause my son is in alot of programs and he is a A-B student and that's cause of Anthony. My son got in trouble once and Anthony and I moved away. So we can give our children a better life. Please just open your heart. God loves and knows every one a chance in

life. Anthony is not like the
young men that come into
your court room. Just ask
anyone and you will find
out.

Sincerely,

Natasha Wolfe

Sueny M. Seeney, MD, FACOG   Doris E. Tirado, MD, FACOG   Marie Eisher Oakes, RN, MSN, CRNP

# RETURN TO WORK/SCHOOL
# DISABILITY CERTIFICATE

DATE: 8/8/06

NAME: Natasha Wilford

(EMPLOYER)/SCHOOL: _____

DIAGNOSIS: Pregnancy

To whom it may concern:

This is to certify that the above mentioned patient was/(is) under my care from 8/8/06 to 8/14/06 inclusive, and was totally incapacitated during this time.

This is to further certify that the above patient has not recovered sufficiently to be able to return to regular (work)/school activities on _before her next office visit_.

If you have any questions please feel free to call the office.

Sincerely,

_Sueny Marie Seeney MD_

---

Phone: 610-891-6240

Riddle Office
1098 W. Baltimore Pike
Suite 3106, Outpatient Pavilion
Media, PA 19063

Westtown Office
1601 McDaniel Drive
Rt. 352 & Rt. 3
West Chester, PA 19380

Fax: 610-891-6244

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-83 |
| ANTHONY M. BRISCOE, | : | |
| Defendant. | : | |

## ORDER

AND NOW, TO WIT, this ____ day of August, A.D., 2006, Defendant Anthony M. Briscoe's Motion for Pretrial Release having been duly heard and considered,

**IT IS SO ORDERED:**

That Defendant Anthony M. Briscoe is hereby placed on pretrial release subject to the following conditions:

    a.    That Defendant Briscoe be subject to house arrest and electronic monitoring via an ankle bracelet.

    b.    That Defendant Briscoe be required to report on a regular basis to the Office of Pretrial Services of the United States Probation Office for the District of Delaware in Wilmington.

    c.    That Defendant only be permitted to leave his residence for meetings with his attorney, a pretrial Services Officer, or for employment purposes.

    d.    That Defendant be required to post a secure bond in the amount of $_____.

_____
THE HONORABLE MARY PAT THYNGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-83 |
| ANTHONY M. BRISCOE, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, John S. Malik, hereby certify that on this 15th day of August, A.D., 2006 I have caused to be delivered two (2) copies of Defendant Anthony M. Briscoe's Motion for Pretrial Release to be served electronically to the following individual at the following address:

>Richard G. Andrews, Esquire
>Assistant United States Attorney
>United States Attorney's Office
>Nemours Building
>1007 Orange Street, Suite 700
>Wilmington, Delaware 19801

>/s/ John S. Malik
>JOHN S. MALIK
>100 East 14th Street
>Wilmington, Delaware 19801
>(302) 427-2247
>Attorney for Defendant,
>Anthony M. Briscoe