IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-83-KAJ |
| | ) | |
| ANTHONY MARK BRISCOE | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SCHEDULING CONFERENCE

**NOW COMES** the United States and moves for a scheduling conference in the above captioned case. The deadline for pre-trial motions expired on October 23, 2006. No motions have been filed and none are currently pending before this Court.

The United States further requests that this Court exclude under the Speedy Trial Act any time from the date of filing of this Motion, until the date of the scheduling conference. The United States submits that the ends of justice served by a continuance would outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:     /s/Ilana H. Eisenstein
Ilana H. Eisenstein
Assistant United States Attorney

Dated: November 2, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-83-KAJ |
| | ) | |
| ANTHONY MARK BRISCOE | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

IT IS ORDERED that a scheduling conference is set for _____.

As a continuance would serve the interests of justice, the time between November 2, 2006, and _____, shall be excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Honorable Kent A. Jordan
United States District Court Judge

Dated:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 06-83-KAJ |
| ) | |
| ANTHONY MARK BRISCOE ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on November 2, 2006, I electronically filed:

### MOTION FOR SCHEDULING CONFERENCE

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

John S. Malik, Esquire
100 E. 14th Street
Wilmington, DE 19801-3255

/s/Jennifer Brown
Jennifer Brown