IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 06-83-KAJ |
| ANTHONY MARK BRISCOE, | ) ) ) |
| Defendant. | ) |

**ORDER**

WHEREAS, the above named Defendant having entered a plea of not guilty to the charges pending against him in this Court;

WHEREAS, to date, pretrial motions have not been filed;

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held in chambers on **November 9, 2006, at 2:00 p.m.** Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

_____
UNITED STATES DISTRICT JUDGE

November 3, 2006
Wilmington, Delaware