IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-83-KAJ |
| ) | |
| ANTHONY MARK BRISCOE, ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

The above named defendant having entered a plea of not guilty to the charges pending in this case, and it therefore being necessary to bring the case promptly to trial, and the Court having met with counsel, IT IS HEREBY ORDERED that:

1. Any plea agreement shall be executed and filed no later than **November 17, 2006**.

2. In the absence of a plea agreement, the Court will hold a pretrial conference in chambers on **December 5, 2006** at **9:30 a.m.** Counsel for the parties shall consult in an attempt to agree upon appropriate jury instructions and special voir dire questions for the jury panel. No later than **one week prior to the pretrial conference**, counsel for the government shall submit an agreed upon set of jury instructions which also reflects any areas of disagreement between the parties, with supporting authorities and objections. The same submission should contain any proposed special voir dire of the jury panel. That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains a copy of the proposed jury instructions and proposed special voir dire. Any motions in limine shall be submitted by **November 20, 2006**; answering briefs are due **November 27, 2006**; and reply briefs are due **December 1, 2006**.

3. In the event a plea agreement is filed, the time set for the pretrial conference shall be used for a Rule 11 hearing on the plea agreement.

4. A 2 day Jury Trial is scheduled to commence on **December 13, 2006,** beginning at **9:30 a.m.** in Courtroom 6A on the 6th floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel shall arrive in the courtroom at **9:15 a.m.**, so that the Court may address any remaining pretrial issues. Except for the first day of trial, trial shall commence each day at **9:00 a.m.**

_____
UNITED STATES DISTRICT JUDGE

DATE: November 9, 2006
Wilmington, Delaware