IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-83-KAJ |
| | : | |
| ANTHONY BRISCOE, | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR TRIAL CONTINUANCE**

     **COMES NOW,** Defendant Anthony Briscoe by and through his attorney, John S. Malik, and respectfully requests that Trial in the above captioned criminal action be continued based upon the following grounds:

     1.    Trial in the above captioned criminal action is scheduled to commence on December 13, 2006 in the United States District Court for the District of Delaware before the Honorable Kent A. Jordan.

     2.    Counsel for Defendant Anthony Briscoe is seeking a continuance of the December 13, 2006 Trial date since counsel has been advised by Mr. Briscoe that Mr. Briscoe wishes to have the controlled substance alleged in Count I of the Indictment re-weighed by an independent forensic chemist. Counsel will be filing a separate motion seeking an Order requiring the government to make available to a forensic chemist retained by the defense the controlled in question for re-weighing.

     3.    Counsel submits in good faith that once the controlled substance alleged in Count I of the Indictment is re-weighed, it is highly likely that the above captioned criminal action will resolve short of trial.

4. Counsel has communicated his intent to request a continuance of Trial to Ilana H. Eisenstein, Esquire, Assistant United States Attorney, and Ms. Eisenstein has graciously indicated that the government has no objection to a continuance of the December 13, 2006 Trial date.

5. On behalf of Defendant Briscoe, counsel waives any rights to a speedy trial with respect to the subject continuance since it is being sought to permit counsel sufficient time to arrange for a re-weighing of certain controlled substances in this case at the express request of Defendant Briscoe and for the benefit of Defendant Briscoe.

**WHEREFORE,** Defendant Anthony Briscoe respectfully requests that this Honorable Court enter an Order continuing Trial in the above captioned criminal action.

    Respectfully submitted,

/s/ John S. Malik
JOHN S. MALIK
ID No. 2320
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
Attorney for Defendant,
Anthony Briscoe

Dated: November 20, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-83-KAJ |
| | : | |
| ANTHONY BRISCOE, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW, TO WIT,** this _____ day of November, A.D., 2006, Defendant Anthony Briscoe' Motion for Trial Continuance having been duly heard and considered,

**IT IS SO ORDERED**:

That Trial in the above captioned matter presently scheduled to commence on December 13, 2006 is hereby continued to a date to be scheduled by the Court in order to permit Defendant Anthony Briscoe to move the Court for an Order allowing the defense to conduct an independent re-weighing of the controlled substances alleged in Count I of the Indictment by an independent forensic chemist; and,

That the time from the date of this Order until the scheduling of a new trial date after the re-weighing of the controlled substances alleged in Count I of the Indictment is hereby excluded from Speedy Trial Act calculations since the rescheduling is being granted at the express request of and for the benefit of Defendant Anthony Briscoe.

_____
THE HONORABLE KENT A. JORDAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-83-KAJ |
| | : | |
| ANTHONY BRISCOE, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, John S. Malik, attorney for Defendant Anthony Briscoe do hereby certify that on this 21st day of November, A.D., 2006, I have had the attached Motion for Trial Continuance electronically delivered to the individual(s) listed below at the following address(es):

>Ilana H. Eisenstein, Esquire
>Assistant United States Attorney
>United States Attorney's Office
>Nemours Building
>1007 Orange Street, Suite 700
>Wilmington, Delaware 19801

>/s/ John S. Malik
>JOHN S. MALIK
>ID No. 2320
>100 East 14th Street
>Wilmington, Delaware 19801
>(302) 427-2247
>Attorney for Defendant,
> Anthony Briscoe