IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-83-KAJ |
| ANTHONY BRISCOE, | : | |
| Defendant. | : | |

**MOTION FOR INDEPENDENT RE-WEIGHING OF DRUG EVIDENCE**

**COMES NOW,** Defendant Anthony Briscoe by and through his attorney, John S. Malik, and respectfully requests that this Honorable Court, pursuant to Federal Rule of Criminal Procedure 16(C), enter an Order requiring the government to permit Defendant Anthony Briscoe to conduct an independent re-weighing of the drug evidence seized in the above captioned criminal action.

1. Defendant Anthony Briscoe is charged with one (1) count of Possession with Intent to Distribute Cocaine Base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A) and two (2) counts of Distribution of Cocaine Base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

2. The alleged controlled substances seized in the subject criminal action were analyzed by the Drug Enforcement Administration's Northeast Regional Lab in New York and the results of the analysis indicate that the alleged controlled substances are purportedly cocaine base.

3. Pursuant to Federal Rule of Criminal Procedure 16(C), tangible objects that are in the government's possession, custody, or control and that are material to the

preparation of a defendant's defense and that are intended for use by the government as evidence in chief at trial are subject to inspection by the defense prior to trial.

    4.    Defendant submits that the alleged cocaine base in the subject criminal action is evidence that the government would use in its case-in-chief at trial or at a Sentencing Hearing. Furthermore, it is submitted that an independent re-weighing of the alleged controlled substances in the case at bar is material to the preparation for Defendant's Trial and/or Sentencing.

    5.    Counsel for Defendant Briscoe is in the process of retaining and independent forensic chemist or toxicologist to conduct an independent re-weighing of the alleged controlled substances seized in Count I of the Indictment of the subject case. Counsel will provide the Court and the government with the name of the forensic chemist or toxicologist upon officially retaining an appropriate expert.

    6.    Defendant Briscoe requests that he be permitted to conduct an independent re-weighing of the alleged controlled substance seized in Count I of the Indictment of the subject criminal action.

**WHEREFORE,** Defendant Anthony Briscoe respectfully requests that this Honorable Court enter an Order requiring the government to permit him to conduct an independent re-weighing of the drug evidence seized in Count I of the Indictment in the above captioned criminal action.

/s/ John S. Malik
JOHN S. MALIK
ID No. 2320
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
Attorney for Defendant,
Anthony Briscoe

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-83-KAJ |
| ANTHONY BRISCOE, | : | |
| Defendant. | : | |

### ORDER

**AND NOW, TO WIT,** this _____ day of November, A.D., 2006, Defendant Anthony Briscoe's Motion for Independent Re-Weighing of Drug Evidence pursuant to Federal Rule of Criminal Procedure 16(C) having been duly heard and considered,

**IT IS SO ORDERED:**

That the government is hereby ordered to permit Defendant Anthony Briscoe to conduct an independent re-weighing of the drug evidence seized in Count I of the Indictment in the above captioned criminal action by an appropriate forensic chemist or toxicologist within thirty (30) days of the date of this Order.

_____

THE HONORABLE KENT A. JORDAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-83-KAJ |
| ANTHONY BRISCOE, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, John S. Malik, attorney for Defendant Anthony Briscoe do hereby certify that on this 21st day of November, A.D., 2006, I have had the attached Motion for Independent Re-Weighing of Drug Evidence pursuant to Federal Rule of Criminal Procedure 16(C) electronically delivered to the individual(s) listed below at the following address(es):

>Ilana H. Eisenstein, Esquire
>Assistant United States Attorney
>United States Attorney's Office
>Nemours Building
>1007 Orange Street, Suite 700
>Wilmington, Delaware 19801

>/s/ John S. Malik
>JOHN S. MALIK
>ID No. 2320
>100 East 14th Street
>Wilmington, Delaware 19801
>(302) 427-2247
>Attorney for Defendant,
> Anthony Briscoe