# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-83-KAJ |
| ANTHONY BRISCOE. | : | |
| Defendant. | : | |

### ORDER

AND NOW, TO WIT, this 27th day of November, A.D., 2006, Defendant Anthony Briscoe' Motion for Trial Continuance having been duly heard and considered,

**IT IS SO ORDERED:**

That Trial in the above captioned matter presently scheduled to commence on December 13, 2006 is hereby continued to a date to be scheduled by the Court in order to permit Defendant Anthony Briscoe to move the Court for an Order allowing the defense to conduct an independent re-weighing of the controlled substances alleged in Count I of the Indictment by an independent forensic chemist; and,

That the time from the date of this Order until the scheduling of a new trial date after the re-weighing of the controlled substances alleged in Count I of the Indictment is hereby excluded from Speedy Trial Act calculations since the rescheduling is being granted at the express request of and for the benefit of Defendant Anthony Briscoe.

THE HONORABLE KENT A. JORDAN