IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-83-KAJ |
| | ) | |
| ANTHONY MARK BRISCOE | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RE-WEIGHING OF DRUG EVIDENCE

**NOW COMES** the United States, by and through its undersigned attorneys, and hereby responds to Defendant's Motion for Re-weighing of Drug Evidence.

The United States does not oppose the Defendant's Motion for Re-Weighing of Drug Evidence. The United States respectfully requests that this Court enter the attached Order, permitting the defense to conduct an independent re-weighing of the drug evidence. Defense counsel indicated by telephone that he does not oppose the use of this proposed Order.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: December 6, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 06-83-KAJ |
| | ) |
| ANTHONY MARK BRISCOE | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon the Defendant's Motion for an order to independently re-weigh drug evidence, to wit, exhibit number 3, DEA Laboratory Number, 182232, as reported in DEA Form 7, Report of Drug Property Collected, Purchased or Seized, having the Case File Number CP-06-0037, dated July 25, 2006.

IT IS HEREBY ORDERED in accordance with Federal Rule of Criminal Procedure 16(a)(1)(E), that the Government shall allow the defense to independently inspect and analyze the entire sample from the above-described drug exhibits.

IT IS FURTHER ORDERED that the Government shall arrange the delivery, in a manner consistent with the type and quantity of the controlled substance at issue, the above-described exhibits, in their entirety, to: Beth Minnigh, Ph.D., DEA License No. PP0236605, of the Pharmakon R & D laboratory, located at 3516 Fifth Avenue, Suite 200, Pittsburgh, Pennsylvania 15213, with telephone number 412-687-1440.

The Government shall arrange the delivery of this exhibit on or before December 21, 2006.

IT IS FURTHER ORDERED that the defense expert shall conduct the analyses and identification ordered herein, and complete this analysis by January 31, 2007. The defense expert shall provide the Government with an *Unsworn Declaration Under Penalty of Perjury*, under 28 U.S.C. § 17464, executed by the individual who conducted the analyses, or the head of the facility where the analyses occurred, which states the quantity of the exhibit consumed during testing, and either the weight of each exhibit returned to the Government, or a statement that all the sample was consumed during testing.

The defense chemist, Beth Minnigh, Ph.D., is to safeguard the sample(s) received, preserving the chain of custody in a manner to faithfully protect the integrity of each exhibit received.

IT IS FURTHER ORDERED that all remaining material of the sample(s), after testing is to be returned by the defense chemist, Beth Minnigh, Ph.D., to the DEA Northeast Laboratory at 99 Tenth Avenue, Suite 721, New York, NY 10011, via registered U.S. mail, return receipt requested, or approved commercial carrier, within five (5) business days after the completion of the analysis.

IT IS FURTHER ORDERED, in accordance with Federal Rule of Criminal Procedure 16(b)(1)(B), that the defendant shall provide the Government with a copy of the results or report of the physical examinations and scientific tests or experiments which resulted from the analyses conducted under this Order.

So ORDERED this _____ day of _____, 2006.

                                                                                                              _____
                                                                                                              Honorable Kent A. Jordan
                                                                                                              United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | Criminal Action No. 06-83-KAJ |
| ) | |
| ANTHONY MARK BRISCOE ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on December 6, 2006, I electronically filed:

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RE-WEIGHING OF DRUG EVIDENCE**

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

John S. Malik, Esquire
100 E. 14th Street
Wilmington, DE 19801-3255

                                                                                   /s/Jennifer Brown
                                                                                   Jennifer Brown