IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-83-~~KAJ~~ GMS |
| | : | |
| ANTHONY BRISCOE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, TO WIT, this 9th day of May, A.D., 2007, Defendant Anthony Briscoe' Motion for Non-Jury Trial having been duly heard and considered,

**IT IS SO ORDERED**:

That at the express request of Defendant Anthony Briscoe and with the consent of defense counsel and counsel for the government, Trial in the above captioned matter shall hereby proceed as a non-jury or bench trial; and,

That any time from the date of this Order until the scheduling of any new non-jury trial date is hereby excluded from Speedy Trial Act calculations since any rescheduling is being granted at the express request of and for the benefit of Defendant Anthony Briscoe.

_____
THE HONORABLE GREGORY M. SLEET

FILED

MAY - 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE