IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-83 |
| | : | |
| ANTHONY M. BRISCOE, | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR LEAVE OF COURT**
**TO TAKE VIDEO TRIAL DEPOSITION OF DEFENSE EXPERT**

**COMES NOW,** Defendant Anthony M. Briscoe by and through his attorney, John S. Malik, and respectfully requests that this Honorable Court grant Defendant Briscoe leave of court to take a video trial deposition of the defense expert, Beth Minnigh, Ph.D. of Pittsburgh, Pennsylvania, based upon the following grounds:

1.  Defendant Anthony M. Briscoe is scheduled to proceed to non-jury trial on charges of Possession with Intent to Distribute more than 50 Grams of Cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), and two counts of Distribution of more than 5 Grams of Cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A) on May 21, 2007.

2.  Defendant Briscoe seeks leave of court to take a video trial deposition of defense expert, Beth Minnigh, Ph.D., a pharmacologist in Pittsburgh, Pennsylvania in order to present the testimony of Dr. Minnigh at trial without incurring the substantial travel and lodging expenses that would be necessary were Dr. Minnigh to testify in person at trial.

3. In pertinent part, Federal Rule of Criminal Procedure 15(a)(1) reads as follows:

> A party may move that a prospective witness be deposed in order to preserve testimony for trial. The court may grant the motion because of exceptional circumstances and in the interest of justice. If the court orders the deposition to be taken, it may also require the deponent to produce at the deposition any designated material that is not privileged, including any book, paper, document, record, recording, or data.

4. Defendant Briscoe submits that exceptional financial circumstances prevent him from paying for the substantial travel and lodging expenses that would be required for Dr. Minnigh to travel from Pittsburgh, Pennsylvania to Wilmington, Delaware to provide live testimony at the May 21, 2007 non-jury trial. In addition to Dr. Minnigh's travel and lodging expenses, Defendant Briscoe would be required to pay Dr. Minnigh's hourly fee for her professional services while in Wilmington, Delaware were it necessary for her to travel to Delaware to give live testimony in the case at bar.

5. Defendant Briscoe is not in a position to pay for Dr. Minnigh's travel and lodging expenses as well as her hourly fee if she were required to travel to Delaware to provide live testimony at trial.

6. It is submitted that Defendant Briscoe's current financial circumstances as well as the interests of justice warrant Defendant Briscoe being granted leave of court to take a video trial deposition of Dr. Minnigh to present at the non-jury trial scheduled for May 21, 2007.

**WHEREFORE,** Defendant Briscoe respectfully requests that this Honorable Court enter an Order granting Defendant Briscoe leave of court to take the video trial

deposition of Beth Minnigh, Ph.D. in order to present the same at the May 21, 2007 bench trial scheduled in the above captioned criminal action.

                                                                         Respectfully submitted,

                                                      /s/ John S. Malik
                                                      JOHN S. MALIK
                                                      100 East 14th Street
                                                      Wilmington, Delaware 19801
                                                      (302) 427-2247
                                                       Attorney for Defendant,
                                                       Anthony M. Briscoe

Dated: May 11, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr.A. No. 06-83 |
| ANTHONY M. BRISCOE, | : |
| Defendant. | : |

## ORDER

**AND NOW, TO WIT,** this \_\_\_\_ day of May, A.D., 2007, Defendant Anthony M. Briscoe's Motion for Leave of Court to Take Video Trial Deposition having been duly heard and considered,

**IT IS SO ORDERED:**

That Defendant Anthony M. Briscoe is hereby granted leave of court to take the video trial deposition of Beth Minnigh, Ph.D. to be presented in the bench trial in the above captioned matter presently scheduled to commence on May 21, 2007.

_____
THE HONORABLE GREGORY M. SLEET

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-83 |
| | : | |
| ANTHONY M. BRISCOE, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

    I, John S. Malik, hereby certify that on this 11th day of May, A.D., 2007 I have caused to be electronically served Defendant Anthony M. Briscoe's Motion for Leave to Take Video Trial Deposition upon the following individual at the following address:

    Ilana Eisenstein, Esquire
    Assistant United States Attorney
    United States Attorney's Office
    Nemours Building
    1007 Orange Street, Suite 700
    Wilmington, Delaware 19801

    /s/ John S. Malik
    JOHN S. MALIK
    100 East 14th Street
    Wilmington, Delaware 19801
    (302) 427-2247
    Attorney for Defendant,
    Anthony M. Briscoe