## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
                    Plaintiff,     :
                                   :
             v.                    :     Cr.A. No. 06-83
                                   :
ANTHONY M. BRISCOE,                :
                                   :
                    Defendant.     :

### NOTICE OF VIDEO CONFERENCE TRIAL DEPOSITION

**TO:**  Clerk of the Court                    Ilana H. Eisenstein, Esquire
         United States District Court          Assistant United States Attorney
         For the District of Delaware          United States Attorney's Office
         Federal Building                      Nemours Building
         844 King Street                       1007 Orange Street, Suite 700
         Wilmington, Delaware 19801            Wilmington, Delaware 19801

         Wilcox & Fetzer
         1330 North King Street
         Wilmington, Delaware 19801

**PLEASE TAKE NOTICE** that the video conference trial deposition of Beth

Minnigh, Ph.D. will be taken on **Wednesday, May 16, 2007 at 3:00 P.M.** at Brandywine

Valley Inn, 1807 Concord Pike, Wilmington, Delaware 19803.


                                   /s/ John S. Malik
                                   JOHN S. MALIK
                                   100 East 14th Street
                                   Wilmington, Delaware 19801
                                   (302) 427-2247
                                    Attorney for Defendant,
                                    Anthony M. Briscoe

Dated:  May 15, 2007

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-83 |
| | : | |
| ANTHONY M. BRISCOE, | : | |
| | : | |
| Defendant. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, John S. Malik, hereby certify that on this 15th day of May, A.D., 2007 I have caused to be electronically served Defendant Anthony M. Briscoe's Notice of Video Conference Deposition of Beth Minnigh, Ph.D. upon the following individual at the following address:

> Ilana Eisenstein, Esquire
> Assistant United States Attorney
> United States Attorney's Office
> Nemours Building
> 1007 Orange Street, Suite 700
> Wilmington, Delaware 19801

> /s/ John S. Malik_____
> JOHN S. MALIK
> 100 East 14th Street
> Wilmington, Delaware 19801
> (302) 427-2247
> Attorney for Defendant,
> Anthony M. Briscoe