IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-83-GMS |
| | ) | |
| ANTHONY MARK BRISCOE | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION PROPOSING BRIEFING SCHEDULE**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, and the defendant, Anthony Mark Briscoe, by and through his attorney, John Malik, Esquire, hereby move to set a briefing schedule as follows:

1. This Court held a stipulated bench trial in this matter on May 21, 2007.

2. This Court has requested that the parties file proposed findings of fact and conclusions of law to this Court and has requested that the parties agree on a briefing schedule for this filing.

3. By way of briefing schedule, the parties agree that briefs including proposed findings of fact and conclusions of law shall be submitted to this Court within two (2) weeks after a transcript from the bench trial becomes available.

WHEREFORE, the parties respectfully request that the Court enter the proposed order setting the briefing schedule as proposed.

                                                          Respectfully submitted,

                                                          COLM F. CONNOLLY
                                                          United States Attorney

/s/ John Malik                             BY:    /s/ Ilana H. Eisenstein
  John Malik, Esquire                                    Ilana H. Eisenstein
  Attorney for Defendant                            Assistant United States Attorney

Dated: May 23, 2007

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-83-GMS |
| | ) | |
| ANTHONY MARK BRISCOE | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

IT IS HEREBY ORDERED that the parties shall file briefing containing proposed findings of fact and conclusions of law within two (2) weeks after a transcript from the May 21, 2007, bench trial becomes available.

_____
HONORABLE GREGORY M. SLEET
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-83-GMS |
| | ) |
| ANTHONY MARK BRISCOE, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 23rd day of May, 2007, I caused to be filed a Joint Motion Proposing Briefing Schedule with the Clerk of Court. I further certify that a copy of the foregoing was mailed via First Class Mail to counsel of record as follows:

> John S. Malik, Esq.
> 100 East 14th Street
> Wilmington, DE 19801

*Marie Steel*
Marie Steel
Legal Assistant