IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 06-83-GMS |
| | ) |
| ANTHONY MARK BRISCOE | ) |
| | ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED that the parties shall file briefing containing proposed findings of fact and conclusions of law within two (2) weeks after a transcript from the May 21, 2007, bench trial becomes available.

_____
HONORABLE GREGORY M. SLEET
United States District Judge



FILED

JUN - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE