IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-83-GMS |
| | : | |
| ANTHONY MARK BRISCOE, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR EXTENSION OF TIME

**COMES NOW,** Defendant Anthony Mark Briscoe, by and through his attorneys, John S. Malik and Jay C. Whittle, and respectfully requests that this Honorable Court grant a brief extension of time in order to file Defendant Briscoe's Proposed Findings of Fact and Conclusions of Law based on the following grounds:

1. On or about May 21, 2007, Defendant Briscoe appeared before the Court for a bench trial. At the conclusion of the bench trial, this Honorable Court ordered the parties to file Proposed Findings of Fact and Conclusions of Law within two weeks after the trial transcript became available. The transcript was made available on June 6, 2007.

2. Defendant counsel is in need of an additional two days to complete Defendant's Proposed Findings of Fact and Conclusions of Law.

3. Counsel has advised Ilana Eisenstein, Esquire, Assistant United States Attorney and counsel for the government, or defense counsel's intention to seek an additional two days to complete Defendant's Proposed Findings of Fact and Conclusions of Law. Ms. Eisenstein graciously has indicated that the government does not oppose a defense counsel's request.

3. Defendant Briscoe, therefore, respectfully requests that the Court grant an extension of time to Friday, June 22, 2007 for the filing of Defendant's Proposed Findings of Fact and Conclusions of Law.

**WHEREFORE,** Defendant Anthony Mark Briscoe respectfully requests that this Honorable Court grant the two day extension of time as described herein.

Respectfully Submitted,

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
Attorney for Defendant,
  Anthony M. Briscoe

/s/ Jay C. Whittle
JAY C. WHITTLE
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
Attorney for Defendant,
  Anthony M. Briscoe

Dated: June 20, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-83-GMS |
| ANTHONY MARK BRISCOE, | : | |
| Defendant. | : | |

## ORDER

**AND NOW, TO WIT,** this _____ day of June, A.D., 2007, Defendant Briscoe's Motion for Extension of Time for Filing of Proposed Findings of Fact and Conclusions of Law having been duly heard and considered,

**IT IS SO ORDERED,**

That Defendant Briscoe's uncontested Motion is GRANTED and Defendant Briscoe has until June 22, 2007 to file Defendant's Proposed Findings of Fact and Conclusions of Law.

_____
THE HONORABLE GREGORY M. SLEET

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-83-GMS |
| ANTHONY MARK BRISCOE, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, John S. Malik, do hereby certify this 20th day of June, A.D., 2007, that I have caused to be delivered by electronic delivery, a copy of Defendant Briscoe's Motion for Extension of Time to be served upon the following individual at the following address:

> Ilana Eisenstein, Esquire
> Assistant United States Attorney
> Department of Justice
> 1007 Orange Street, Suite 700
> Wilmington, Delaware 19801

> /s/ John S. Malik
> JOHN S. MALIK
> 100 East 14th Street
> Wilmington, Delaware 19801
> (302) 427-2247
> Attorney for Defendant,
>  Anthony M. Briscoe