IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-83-GMS |
| ANTHONY MARK BRISCOE, | : | |
| Defendant. | : | |

### ORDER

**AND NOW, TO WIT,** this 21st day of June, A.D., 2007, Defendant Briscoe's Motion for Extension of Time for Filing of Proposed Findings of Fact and Conclusions of Law having been duly heard and considered,

**IT IS SO ORDERED,**

That Defendant Briscoe's uncontested Motion is GRANTED and Defendant Briscoe has until June 22, 2007 to file Defendant's Proposed Findings of Fact and Conclusions of Law.

_____
THE HONORABLE GREGORY M. SLEET



FILED

JUN 21 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE