IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-83 GMS |
| | : |
| ANTHONY MARK BRISCOE | : |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-captioned defendant is rescheduled to **Wednesday, March 5, 2008, at 4:15 p.m., rather than 10:00 a.m. on the date same,** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

March 4, 2008