## IN THE UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr.A. No. 06-CR-83-GMS |
| ANTHONY M. BRISCOE, | : |
| Defendant. | : |

### NOTICE OF APPEAL

**TO:**   Clerk of the Court                             Ilana Eisenstein, Esquire
United States District Court              Assistant United States Attorney
For the District of Delaware            United States Attorney's Office
Federal Building                              Nemours Building
844 King Street                                1007 Orange Street, Suite 700
Wilmington, Delaware 19801        Wilmington, Delaware 19801

**PLEASE TAKE NOTICE** that Defendant-Below, Appellant, Anthony M. Briscoe, by and through his attorney, John S. Malik, hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment and Commitment Order of the Honorable Gregory M. Sleet of the United States District Court for the District of Delaware dated April 9, 2008.

**PLEASE TAKE FURTHER NOTICE** that Appellant Briscoe hereby appeals his criminal convictions and Sentence as determined under the United States Sentencing Guidelines.

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
Attorney for Defendant-Below,
 Appellant, Anthony M. Briscoe

Dated: April 10, 2008

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-CR-83-GMS |
| | : | |
| ANTHONY M. BRISCOE, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, John S. Malik, do hereby certify that on this 10th day of April, A.D., 2008, I have had Defendant-Below, Appellant, Anthony M. Briscoe's Notice of Appeal electronically served upon the following individual(s) at the following address(es):

> Ilana Eisenstein, Esquire
> Assistant United States Attorney
> United States Attorney's Office
> Nemours Building
> 1007 Orange Street, Suite 700
> Wilmington, Delaware 19801

>                /s/ John S. Malik
> JOHN S. MALIK
> 100 East 14th Street
> Wilmington, Delaware 19801
> (302) 427-2247
> Attorney for Defendant-Below,
>  Appellant, Anthony M. Briscoe