IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 07-13-001-SLR |
| | : | |
| ANTHONY M. BRISCOE, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO PROCEED IN FORMA PAUPERIS AND
FOR APPOINTMENT OF CJA COUNSEL ON APPEAL**

**COMES NOW,** Defendant-Appellant, Anthony M. Briscoe, by and through his attorney, John S. Malik, and respectfully requests that he be granted leave of court to proceed In Forma Pauperis with the appellate docketing fee being waived, and that appellate counsel be appointed for Defendant-Appellant Briscoe pursuant to the Criminal Justice Act, based upon the following grounds:

1.   Defendant-Appellant Anthony M. Briscoe was sentenced to a term of incarceration of one hundred twenty (120) months by the Honorable Gregory M. Sleet as set forth in this Honorable Court's April 9, 2008 Judgment and Commitment Order.

2.   Defendant-Appellant Briscoe has been incarcerated since the date of his arrest in 2006 and, as a consequence, has no employment or assets and is indigent due to his incarceration.

3.   As a consequence of his indigency, Mr. Briscoe is unable to pay the appellate docketing fee that is required for the filing of an Appeal of his convictions and Sentence in the United States District Court for the District of Delaware to the United States Court of Appeals for the Third Circuit.

[2]

**WHEREFORE,** Defendant-Appellant Anthony M. Briscoe respectfully requests that this Honorable Court enter an order granting him leave of court to proceed <u>In Forma Pauperis</u> with the appellate docketing fee being waived, and that appellate counsel be appointed for Defendant-Appellant Briscoe pursuant to the Criminal Justice Act.

    Respectfully submitted,

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
Attorney for Defendant-Below,
 Appellant, Anthony M. Briscoe

Dated: April 10, 2008

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    Cr.A. No. 07-13-001-SLR |
| | : |
| ANTHONY M. BRISCOE, | : |
| | : |
| Defendant. | : |

**ORDER**

**AND NOW, TO WIT,** this 11th day of April, A.D., 2008, Appellant Anthony M. Briscoe's Motion to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> and for Appointment of CJA Counsel on Appeal having been duly heard and considered,

**IT IS SO ORDERED:**

That Defendant-Appellant Anthony M. Briscoe is hereby granted leave of court to proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> with the appellate docketing fee being waived, and that appellate counsel shall be appointed for Defendant-Appellant Briscoe pursuant to the Criminal Justice Act as a result of this Court having found Defendant-Appellant Briscoe to be an indigent person.

_____
THE HONORABLE GREGORY M. SLEET

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Cr.A. No. 07-13-001-SLR |
| | : |
| ANTHONY M. BRISCOE, | : |
| | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

    I, John S. Malik, do hereby certify that on this 11th day of April, A.D., 2008, I have had Defendant-Below, Appellant Anthony M. Briscoe's Motion to Proceed <u>In Forma Pauperis</u> and for Appointment of CJA Counsel on Appeal electronically served upon the following individual(s) at the following address(es):

        Ilana Eisenstein, Esquire
        Assistant United States Attorney
        United States Attorney's Office
        Nemours Building
        1007 Orange Street, Suite 700
        Wilmington, Delaware 19801

        /s/ John S. Malik
        JOHN S. MALIK
        100 East 14th Street
        Wilmington, Delaware 19801
        (302) 427-2247
        Attorney for Defendant-Below,
        Appellant, Anthony M. Briscoe